

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD FEINBERG : CIVIL ACTION
:
v. :
:
I. ISABELLE BENTON, et al. : NO. 05-4847

## AMENDED CIVIL JUDGMENT

Before the Honorable Ronald L. Buckwalter

AND NOW, this 10th day of March 2008, in accordance with the Finding of the Court,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants I. Isabelle Benton and Benton Partners II and against the plaintiff Richard Feinberg.

This case is CLOSED.

BY THE COURT

ATTEST: S/ *MATTHEW J. HIGGINS*
Matthew J. Higgins
Deputy Clerk

Civ 1 (8/80)