IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD B. FEINBERG** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| **I. ISABELLE BENTON, et al.** | : | **NO. 05-cv-4847** |

**JUDGMENT**

       **AND NOW**, this _____ day of June, 2008, judgment is hereby entered in favor of I. Isabelle Benton and Benton Partners II LLP and against Richard B. Feinberg in the amount of $2,168.19.

 

**S/ MICHAEL E. KUNZ**
**MICHAEL E. KUNZ**
**CLERK OF COURT**